NO. 13-06-52391-CV

R. DAVID GUERRERO

NOV 2 0 2014

CLERK. DIST COURT. JIM WELLS CO, TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| FELIX LUERA, JR. and BIANCA LUERA, Individually and as Next Friend of CARABELLA LUERA | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | 79TH JUDICIAL DISTRICT |
| BASIC ENERGY SERVICES, INC., BASIC ENERGY SERVICES, L.P., ARI FLEET SERVICES, INC. D/B/A ARI FLEET LT and SERVANDO GARCIA | § § § § | JIM WELLS COUNTY, TEXAS |

79TH JUDICIAL DISTRICT

JIM WELLS COUNTY, TEXAS

## ORDER GRANTING DEFENDANTS BASIC ENERGY SERVICES, INC., AND BASIC ENERGY SERVICES, L.P.'S THIRD MOTION FOR SUMMARY JUDGMENT

On the ___5___ day of __Nov__ 2014, came on to be heard the Third

Motion for Summary Judgment of Defendants, Basic Energy Services, Inc., and Basic

Energy Services, L.P. After considering said motion, and Plaintiffs' response thereto,

and Defendants' reply and objections, and after hearing arguments of counsel, the Court

is of the opinion that the motion is well-taken and should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendants, Basic Energy

Services, Inc., and Basic Energy Services, L.P.'s Third Motion for Summary Judgment is

hereby GRANTED. It is further,

ORDERED, ADJUDGED and DECREED that Plaintiffs' claims against

Defendants, Basic Energy Services, Inc., and Basic Energy Services, L.P., are hereby

DISMISSED WITH PREJUDICE and that Plaintiffs take nothing from these Defendants.

It is further,

POSTED





PLAINTIFF'S EXHIBIT
B

ORDERED, ADJUDGED and DECREED that Plaintiffs' claims against Defendants, Basic Energy Services, Inc., and Basic Energy Services, L.P., are hereby SEVERED from the other claims herein and given a separate cause number.

SIGNED this _____20_____ day of _____November_____, 2014.

_____
JUDGE PRESIDING